United States District Court for
The Northern District of Illinois
Eastern Division

MAGISTRATE JUDGE DENLOW

05C 6346

Case No. _____

Judge JUDGE HOLDERMAN

Kevin Matthews SR et Al
Plaintiff

Vs.

Federal Emergency Management Agency
Mr Micheal Brown et al / Insurance Carriers(s)
John-Doe(s)
U.S. Department of Homeland Security et AL
Mr Micheal Chestoff / Insurance Carriers(s)
John-Doe(s)

RECEIVED
NOV X 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Petition / Complaint
Title VII C.R.A. of 1964 and 42 U.S.C. § 1981
Color/Sex   Disability Act

Now into Court come without Counsel, Kevin Matthews SR stating that at the time of Katrina in New Orleans I was treated neglectly and I feel I and others wasn't treated at all. I feel and others feel that Bais and Discrimination Plays a major Role. I have A lost of Life! I feel Micheal Chestoff of Homeland Security Play A Major Role in the outcome of this disaster and proceeding in Poor and will are still neglected. With 43 Billion dollar and the approvally for High Authority and FEMA and Homeland is still neglecting the New Orleans and myself who lives in all disaster area. At the time of the Disaster Katrina F.E.M.A. had about 250 Truck with water and Ice in the State of Maine. 1600 Hundred mile away for New Orleans. $400.00 per Day to keep the ice and water cold and Truck running 24 Hrs a day; and driver on 24 Hrs w/ overtime. Homeland Security had poor communication with Ray N. Mayor of New Orleans and Kathleen Blanco, with school Bus and no driver in New Orleans. I was a witness. Respectfully Submitted Kevin Matthews
Kevin Matthews SR
5071 Skokie Blvd
Skokie Illinois 60077
7 days or more after Katrina